IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR F 04-5097 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| v. | ) | INDICTMENT AGAINST JESSICA |
| | ) | MARIA GARZA AND RECALL OF |
| JESSICA MARIA GARZA, | ) | WARRANT |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant JESSICA MARIA GARZA, only, without prejudice and in the interest of justice, and any warrant shall be recalled.

IT IS SO ORDERED.

**Dated:   September 19, 2007**          /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

1